UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARGARET ADAMSKI-THORPE, | CASE NO. C09-1302JLR |
| Plaintiff, | ORDER |
| v. | |
| STEVENS MEMORIAL HOSPITAL, | |
| Defendant. | |

In late February 2011, counsel for Plaintiff informed the court of an illness that required hospitalization, and a subsequent undefined period of convalescence.  Before the court are Plaintiff's counsel's initial Status Report (Dkt. # 53) and Second Status Report (Dkt. # 56), both of which Plaintiff's counsel filed at the direction of the court following notification of his illness.

In consideration of Plaintiff's counsel's illness, the court rescheduled hearings numerous times throughout March 2011.  (*See* Dkt. Entries dated February 28, March 3, & March 9, 2011; Dkt. # 52.)  The court also continued the trial date from March 15 to

ORDER- 1

1  March 28, 2011, and then struck the March 28 trial date as well.  (*See* Dkt. Entry dated

2  March 4, 2011; Dkt. # 52.)  In his initial Status Report, Plaintiff's counsel states that he

3  "do[es] not know when [he] will be able to return to work on a regular basis."  (Dkt. # 53

4  at 2.)  In his Second Status Report, Plaintiff's counsel states that he "cannot give the

5  Court a timeline with absolute certainty" regarding his ability "to proceed with this

6  case. . . ."  (Dkt. # 56 at 1-2.)  He also states that he "was told that another surgery would

7  be necessary," but that "no date has been set."  (*Id.* at 2.)  He "hope[s] to be back to full

8  time work by June 1, 2011."  (*Id.* at 3.)

9       The court has excused delinquent filings, incomplete pleadings, and missed

10 hearings, and has continued the trial date based on the medical condition of Plaintiff's

11 counsel.  The court further notes that Plaintiff's counsel's problems in adhering to the

12 court's scheduling order and attending noted hearings began well before the onset of his

13 illness.  (*See* Show Cause Order (Dkt. # 41).)  As stated in Plaintiff's counsel's Second

14 Status Report, "Defendant is entitled to its day in court."  (*Id.*)  The court is unwilling to

15 simply cling to the "hope" of Plaintiff's counsel that he may be able to proceed with this

16 case by June 1, 2011.  In fairness to Defendant, the court must reschedule a definitive

17 trial date.

18      Accordingly, it is hereby ORDERED that trial in this matter is set to commence on

19 June 1, 2011 at 9:00 a.m.  The court further DIRECTS Plaintiff to be prepared to proceed

20 to trial on that date.  In preparing for trial, Plaintiff may proceed with her current counsel,

21 she may retain substitute counsel or co-counsel to work with her present attorney, or she

22

may proceed pro se. However, neither the case schedule, nor the trial date will receive any further continuances.

Dated this 13th day of April, 2011.

*[signature]*

JAMES L. ROBART
United States District Judge

ORDER- 3